# Third District Court of Appeal
## State of Florida

Opinion filed January 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1200
Lower Tribunal No. F14-12941
_____

**Robert Velazco,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Robert Velazco, in proper person.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>See</u> <u>State v. Anderson</u>, 905 So. 2d 111, 118–19 (Fla. 2005) (adopting "would-have-been-imposed" harmless error standard for sentencing scoresheet errors or corrections).